THOMAS H. ADAMS et al., Constituting the Firm of CEN-
TRAL BANKING COMPANY OF MOUNT UNION, PENNSYLVA-
NIA, Appellants, *v.* THE R. G. CHASE COMPANY,
Respondent.

*Adams* v. *Chase Company*, 159 App. Div. 934, affirmed.
(Argued January 19, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 15, 1913, affirming a judgment in favor
of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term in an action upon
a judgment based upon a promissory note.

*Myron D. Short* for appellants.

*Charles A. Hawley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.

---

OLE SVENDSEN, Respondent, *v.* FRANK MCWILLIAMS,
INCORPORATED, Appellant.

*Svendsen* v. *McWilliams, Inc.*, 157 App. Div. 474, affirmed.
(Argued January 19, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered June 24, 1913, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant, his employer.

*William M. Mullen* for appellant.

*James Burke, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.